USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT EDWARD GAYLE,                  :

                 Plaintiff,            :            **ORDER**

   - against -                              :            08 Civ. 8017 (RMB) (FM)

OFFICER C. BENWARE, et al.,           :

                 Defendants.         :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        The Court will hold a telephone conference on July 13, 2009, at 10 a.m. to discuss the next steps in this case. Counsel for the Defendants shall make the appropriate arrangements to ensure Mr. Gayle's participation at that time.

        SO ORDERED.

Dated:     New York, New York
             July 7, 2009

                                                  /FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Robert E. Gayle [by mail]
# 06-A-5295
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

John E. Knudsen, Esq.
Assistant Attorney General
Fax: (212) 416-6075