```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 7/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT EDWARD GAYLE,                              :

                    Plaintiff,              :              **ORDER**

         - against -                        :              08 Civ. 8017 (RMB) (FM)

OFFICER C. BENWARE, et al.,                       :

                Defendants.               :

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1.     Unless the Defendants file objections to my Report and
Recommendation dated July 6, 2009, discovery on the issue of
exhaustion shall commence immediately and be completed by
August 24, 2009.

2.     A further telephone conference shall be held on August 25, 2009, at
10 a.m.

        SO ORDERED.

Dated:     New York, New York
            July 13, 2009

                                    FRANK MAAS
                         United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Robert E. Gayle [by mail]
# 06-A-5295
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

John E. Knudsen, Esq.
Assistant Attorney General
Fax: (212) 416-6075